7/25/2019 2:14 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 35431566
By: Carolina Salgado
Filed: 7/25/2019 2:14 PM

**2019-50955 / Court: 127**

NO. _____

| | | |
|---|---|---|
| SAMIA TANNOUS | § § § | IN THE DISTRICT COURT OF |
| V. | § § § | HARRIS COUNTY, TEXAS |
| PALOMAR SPECIALTY INSURANCE COMPANY | § § § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION WITH REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **SAMIA TANNOUS** (hereinafter referred to as "PLAINTIFF"), and files this Original Petition complaining of **PALOMAR SPECIALTY INSURANCE COMPANY** (hereinafter referred to as "DEFENDANT"), and for cause of action would respectfully show unto the Court as follows:

### I. DISCOVERY LEVEL

1. Plaintiff intends for discovery in this cause of action to be conducted in accordance with Tex. R. Civ. P. 190.3 ("Level 2").

### II. PARTIES

2. Plaintiff, **SAMIA TANNOUS**, is an individual residing in Harris County, Texas.

3. Defendant, **PALOMAR SPECIALTY INSURANCE COMPANY**, is a corporation authorized to conduct business in the State of Texas. It may be served with process by serving its registered agent C T Corporation System 1999 Bryan St Ste 900 Dallas, TX 75201-3140 or wherever he may be found.

### III. JURISDICTION AND VENUE

**EXHIBIT 2**

4. This Court has jurisdiction over this matter because the amount sought is within the jurisdictional limits of this Court.

5. Plaintiff is seeking monetary relief over $200,000.00 but not more than $1,000,000.00.

6. Venue is proper in Harris County, Texas because the Defendant resides in Harris County, Texas.

## IV.   FACTS

7. On or about 10/26/2011 in Harris County, Texas, Defendant, through its local recording agent's office at Alico Ins. Agency of Texas LLC P.O. box 570426 Houston, Texas 77257(address), issued an insurance policy naming Plaintiff as the insured and insuring the Plaintiff's premises and contents therein located at 1522 Bradney Drive Houston, TX 77077 against loss by theft among other things, for a period beginning 10/26/2011 and ending 10/26/2012. Pursuant to the terms of the policy, Plaintiff had insurance protection up to 215,000 (coverage D) and $21,500 (coverage B) for any loss resulting from damage to the residence at 1522 Bradney Drive Houston, TX 77077 and up to $107,500.00 on its contents. The insurance policy, being numbered by Defendant as CPT000002780 was at all times material to this action in full force and effect.

8. On May 18 and May 19, 2016, the house located at 1522 Bradney Drive Houston, TX 77077, insured by Defendant pursuant to the insurance contract with Defendant, sustained damage as the result of theft. The reasonable and necessary cost of repairing (and replacing) the damaged property is $28,901.44. On consecutive days Plaintiff suffered losses from theft of the actual loss sustained by the damage and destruction and theft of the contents....The actual loss sustained by the damage and destruction of the

contents insured is over $30,000.00. Therefore, Plaintiff is entitled to recover over $60,000.00 from Defendant.

## V.   CAUSE OF ACTION

9. Plaintiff would show that she contracted in writing with Defendant **PALOMAR SPECIALTY INSURANCE COMPANY** to grant a policy of insurance to provide coverage for, among other things, damage to property and loss of contents as a result of theft. Defendant **PALOMAR SPECIALTY INSURANCE COMPANY** by and through its agents and representatives of Houston, Harris County, Texas, issued a policy providing said coverage. At the time this accident occurred, said policy of insurance and contract was in full force and effect with premiums currently paid thereon. Plaintiff would show that she sustained damages over $60,000.00 in property and contents. . Plaintiff sustained damage to the house at 1522 Bradney Drive Houston, TX 77077, which is covered under said contract.

## BREACH OF CONTRACT

10. Plaintiff would further show that Defendant **PALOMAR SPECIALTY INSURANCE COMPANY** has breached its contract of insurance and continues to breach its contract of insurance with Plaintiff by failing and refusing to pay contractually the sums of money owed to Plaintiff by virtue of said contract, and in this connection, Plaintiff further asserts a claim for reasonable attorney's fees under and in accordance with the provisions of section 38.001 of the Civil Practice and Remedies code of the State of Texas for breach of contract. Further, in this connection, Plaintiff would show that she is obviously represented by an attorney and that she has

presented this claim to said Defendant and that said Defendant has failed and refused, and continues to fail and refuse to pay said claim. If this claim is not paid within thirty (30) days of the date of filing of this pleading, then Plaintiff prays for attorney's fees in a reasonable and just sum.

## VI. DAMAGES

11. Despite the fact that all conditions precedent to Plaintiff's recovery have been performed or have occurred, Defendant has failed and refused to pay Plaintiff in accordance with its contract obligation.

12. As a direct and proximate result of the actions and/or omissions of Defendant described herein, Plaintiff was caused to suffer the following damages...

## VII. REQUEST FOR DISCLOSURE

13. Pursuant to Rule 194 of the Texas Rules of Civil Procedure, you are requested to disclose, within 50 days of service of this request, the information and material as set forth in Rule 194. A response to a request under Rule 194.2(f) is due according to Rule 195.2 of the Texas Rules of Civil Procedure. The disclosures must be signed in accordance with Texas Rules of Civil Procedure, Rule 191.3, and delivered to the undersigned attorney. Failure to comply with the requirements above, may result in Court ordered sanctions against you in accordance with the Texas Rules of Civil Procedure.

## VIII. PRAYER

14. WHEREFORE, PREMISES CONSIDERED, Plaintiff pray that the Defendant be cited to appear and answer herein as required by law, and upon final trial and hearing hereof, the Plaintiff has and recover damages from the Defendant, in the amount of $60,000.00, together with costs of court, pre-judgment and post-judgment interest at the legal rate provided by law, and such other and further relief, general and special, legal and equitable, that Plaintiff is justly entitled.

Respectfully submitted,

ROBERT A. McALLISTER, JR.
& ASSOCIATES, P.C.

ROBERT A. McALLISTER, JR.
TBN: 13320700
6200 Savoy, Suite 310
Houston, Texas 77036
Tel: (713) 776-0900
Fax: (713) 776-1414
Email: robertmcallisterlaw@yahoo.com
**ATTORNEY FOR PLAINTIFF**